IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICARDO A. RAMIREZ,

        Appellant,

v.

Case No. 5D22-459
LT Case No. 2012-000211-CFAWS

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Richard L. Rosenbaum, of Law Offices of
Richard Rosenbaum, Fort Lauderdale, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.